# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WALTER RETTIG and BRODERICK HINKLE, on Behalf of Themselves and All Others Similarly Situated,

**Plaintiff(s),**

v.  Civil NO: 2:21-cv-00008-TSK

ALLIANCE COAL, LLC, ALLIANCE RESOURCE PARTNERS, L.P., ALLIANCE RESOURCES OPERATING PARTNERS, L.P., ALLIANCE RESOURCE MANAGEMENT GP, LLC, METTIKI COAL WV, LLC and TUNNEL RIDGE, LLC,

**Defendant(s).**

# O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Camille Fundora Rodriguez, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER:  June 9, 2021

/s/ Thomas S. Kleeh
United States District Judge